JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

KEVIN M. FABIAN, an individual,

Plaintiff,

v.

BUTTON FINANCE, INC., a Delaware Corporation; JASDEEP KAUR, an Individual; and DOES 1 through 10, inclusive,

Defendants.

Case No. 8:26-cv-01963-JWH-BFMx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 23] entered on or about September 23, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 12, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE